AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Motz, John F. | United States District Court For the District of Maryland | 5/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St., 5th Fl.
Baltimore, Maryland 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | College Savings Plan for grandson |
| 2. | Trustee | Sheppard & Enoch Pratt Health System |
| 3. | Trustee | Generation Skipping Trust for Children (GST) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | 5/22/2016 - 5/25/2016 | White Sulphur Springs, WV | Circuit judicial conference | Lodging, food, transportation |
| 2. | Bar Group | 10/19/2016 - 10/20/2016 | Las Vegas, NV | Non-FJC educational seminar | Lodging, food, transportation |
| 3. | Cornell Univeristy | 10/28/2016 - 10/30/2016 | Ithaca, NY | Non-FJC educational seminar | Lodging, food, transportation |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Aberdeen Asia Pac Income (FAX) (IRA) | D | Int./Div. | L | T | Sold (part) | 04/13/16 | K | | |
| 2. | | | | | Sold (part) | 08/01/16 | K | | |
| 3. Altria Group Inc (MO) | B | Int./Div. | K | T | | | | | |
| 4. Apple Inc (AAPL) | D | Dividend | N | T | | | | | |
| 5. AT&T Inc (T) (formerly DirecTV Inc) | C | Dividend | L | T | | | | | |
| 6. Campbell Soup Co (CPB) | A | Dividend | J | T | | | | | |
| 7. Chevron Corp (CVX) | B | Dividend | K | T | | | | | |
| 8. CVS Corp (CVS) | B | Dividend | K | T | | | | | |
| 9. DFA T A World Ex US Core Equity (DFTWX) | B | Int./Div. | L | T | | | | | |
| 10. DFA US Core I (DFEOX) | D | Int./Div. | | | Sold | 01/14/16 | N | | |
| 11. Duke Realty Corp (DRE) | A | Dividend | K | T | | | | | |
| 12. Exxon Mobil Corporation (XOM) | D | Dividend | M | T | Donated (part) | 08/01/16 | K | | |
| 13. Fidelity 500 Index Fund Premium (FUSVX) | E | Int./Div. | O | T | Buy (add'l) | 01/14/16 | N | | |
| 14. | | | | | Sold (part) | 10/20/16 | K | | |
| 15. Fidelity Extended Market Index Fund Premium (FSEVX) | D | Int./Div. | L | T | Buy (add'l) | 01/14/16 | K | | |
| 16. Fidelity Cash Reserves (FDRXX) (IRA) | A | Int./Div. | N | T | | | | | |
| 17. Fidelity Advisor Floating Rate High Income (FFRHX) (IRA) | C | Int./Div. | | | Buy (add'l) | 01/04/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/12/16 | K | | |
| 19. | | | | | Sold | 11/03/16 | M | | |
| 20. Fidelity Md Municipal Income (SMDMX) | C | Int./Div. | M | T | | | | | |
| 21. Fidelity Municipal Money Market (FTEXX) | A | Int./Div. | | | Closed | 02/11/16 | M | | |
| 22. Fidelity Treasury Fund (FZFXX) | A | Int./Div. | M | T | Open | 02/11/16 | M | | |
| 23. General Electric Company (GE) | B | Dividend | K | T | | | | | |
| 24. Guggenheim S&P 500 Equal Weight (RSP) | B | Int./Div. | M | T | | | | | |
| 25. International Business Machines (IBM) | D | Dividend | M | T | Sold (part) | 01/14/16 | M | | |
| 26. iShares Core S&P Total US Stock Market (ITOT) | | None | | | Buy | 01/14/16 | M | | |
| 27. | | | | | Sold | 02/09/16 | M | | |
| 28. iShares Inc Core Msci Emerging Mkts (IEMG) | A | Int./Div. | K | T | Buy | 01/04/16 | M | | |
| 29. | | | | | Sold | 01/14/16 | M | | |
| 30. | | | | | Buy | 06/27/16 | K | | |
| 31. iShares iBoxx High Yield Corporate Bond (HYG) (IRA) | C | Int./Div. | | | Buy (add'l) | 01/04/16 | K | | |
| 32. | | | | | Buy (add'l) | 02/09/16 | K | | |
| 33. | | | | | Sold (part) | 10/20/16 | K | | |
| 34. | | | | | Sold | 11/03/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. iShares MSCI EAFE (EFA) | | None | | | Sold | 01/14/16 | K | | |
| 36. iShares MSCI EAFE Small Cap Index (SCZ) | A | Int./Div. | K | T | | | | | |
| 37. iShares MSCI Emerging Mkts Minimum Volatility Index (EEMV) | C | Int./Div. | M | T | Buy | 01/14/16 | M | | |
| 38. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 39. iShares Russell 1000 Index (IWB) | D | Int./Div. | N | T | | | | | |
| 40. iShares Russell 2000 (IWM) | A | Int./Div. | K | T | | | | | |
| 41. iShares S&P 100 Index (OEF) | C | Int./Div. | M | T | Buy | 02/09/16 | M | | |
| 42. iShares S&P 500 Index (IVV) | D | Int./Div. | N | T | | | | | |
| 43. iShares S&P 500 Value (IVE) | D | Int./Div. | N | T | Buy | 01/22/16 | M | | |
| 44. | | | | | Buy (add'l) | 02/09/16 | M | | |
| 45. iShares S&P Global Timber & Forestry Index (WOOD) | | None | | | Sold | 01/14/16 | K | | |
| 46. iShares S&P SmallCap 600 Citigroup Value Index (IJS) | B | Int./Div. | L | T | | | | | |
| 47. iShares S&P SmallCap 600 Index (IJR) | B | Int./Div. | M | T | | | | | |
| 48. iShares Trust Core Msci Eafe (IEFA) | | None | | | Sold | 02/09/16 | L | | |
| 49. iShares Trust Core MSCI Total Intl Stk (IXUS) (IRA) | | None | | | Buy | 01/04/16 | J | | |
| 50. | | | | | Buy (add'l) | 01/14/16 | K | | |
| 51. | | | | | Sold | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy | 06/27/16 | K | | |
| 53. | | | | | Sold | 08/01/16 | K | | |
| 54. Kraft Heinz Company (KHC) (formerly Kraft Foods Group Inc) | A | Dividend | J | T | | | | | |
| 55. Merck & Co Inc (MRK) | B | Dividend | K | T | Sold (part) | 01/04/16 | J | | |
| 56. | | | | | Sold (part) | 02/09/16 | K | | |
| 57. Mondelez Intl Inc (MDLZ) | A | Dividend | K | T | | | | | |
| 58. Nuveen Build Amer Bd Fd (NBB) (IRA) | B | Int./Div. | K | T | Sold (part) | 01/22/16 | K | | |
| 59. | | | | | Sold (part) | 02/09/16 | L | | |
| 60. | | | | | Sold (part) | 03/15/16 | L | | |
| 61. | | | | | Buy (add'l) | 11/11/16 | K | | |
| 62. Nuveen Build America (NBD) (IRA) | C | Int./Div. | L | T | | | | | |
| 63. Nuveen Credit Strategies Income Fund (JQC) (IRA) | D | Int./Div. | M | T | Sold (part) | 04/13/16 | K | | |
| 64. Nuveen MD Prem II (NMY) | D | Int./Div. | M | T | | | | | |
| 65. Nuveen Select Tax-Free Income (NXQ) | C | Int./Div. | L | T | | | | | |
| 66. Olin Corp (OLN) (formerly Dow Chemical Co) | A | Dividend | J | T | | | | | |
| 67. Payden High Income (PYHRX) (IRA) | B | Int./Div. | | | Buy (add'l) | 05/12/16 | K | | |
| 68. | | | | | Sold | 11/03/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pepsico Incorporated (PEP) | C | Dividend | M | T | | | | | |
| 70. Philip Morris Intl Inc (PM) | B | Dividend | K | T | | | | | |
| 71. PIMCO Income Instl (PIMIX) (IRA) | C | Int./Div. | M | T | Buy | 04/13/16 | M | | |
| 72. PowerShares Insured Natl Muni Bond (PZA) | B | Int./Div. | L | T | | | | | |
| 73. Praxair Inc (PX) | B | Dividend | L | T | | | | | |
| 74. SPDR Barclays Capital Short Term High Yield Bond (SJNK) (IRA) | C | Int./Div. | | | Sold | 11/03/16 | L | | |
| 75. SPDR S&P 500 ETF Trust (SPY) | C | Int./Div. | M | T | | | | | |
| 76. Stanley Black & Decker Inc (SWK) | B | Dividend | L | T | | | | | |
| 77. T Rowe Price Equity Income (PRFDX) | A | Int./Div. | | | Sold | 05/12/16 | L | | |
| 78. T Rowe Price Group Inc (TROW) | D | Dividend | M | T | Donated (part) | 08/01/16 | K | | |
| 79. T Rowe Price MD Tax Free Bond (MDXBX) | D | Int./Div. | N | T | | | | | |
| 80. T Rowe Price New Asia (PRASX) | | None | | | Sold | 01/22/16 | K | | |
| 81. T Rowe Price Value (TRVLX) | C | Int./Div. | M | T | | | | | |
| 82. Union Pacific Corp (UNP) | C | Dividend | M | T | Donated (part) | 08/01/16 | J | | |
| 83. Vanguard Emerging Markets (VWO) | | None | | | Sold | 01/04/16 | M | | |
| 84. Vanguard FTSE Developed Markets (VEA) | C | Int./Div. | M | T | Buy | 02/10/16 | M | | |
| 85. Vanguard Hi Yield Tax-Exempt Admiral (VWALX) | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard High Yield Corporate Admiral (VWEAX) (IRA) | B | Int./Div. | K | T | | | | | |
| 87. Vanguard Large Cap (VV) | B | Int./Div. | L | T | Buy | 02/09/16 | L | | |
| 88. Vanguard Total Intl Stock Index (VXUS) | | None | | | Buy | 01/22/16 | L | | |
| 89. | | | | | Sold | 02/09/16 | L | | |
| 90. Vanguard Total Stock Market (VTI) | | None | | | Sold | 01/22/16 | L | | |
| 91. Vanguard Value (VTV) | | None | | | Buy | 01/14/16 | L | | |
| 92. | | | | | Sold | 02/09/16 | L | | |
| 93. Washington Real Estate (WRE) | C | Int./Div. | M | T | | | | | |
| 94. Yum China Holdings Inc (YUMC) | | None | K | T | Spinoff (from line 95) | 11/01/16 | K | | |
| 95. Yum! Brands Inc (YUM) | B | Dividend | L | T | | | | | |
| 96. 529 - Portfolio 2027 (CUST) | A | Int./Div. | M | T | | | | | |
| 97. 529 - Vanguard HY Bond (CUST) | A | Int./Div. | M | T | Buy (add'l) | 03/01/16 | K | | |
| 98. 529 - Portfolio 2030 (CUST) | A | Int./Div. | K | T | | | | | |
| 99. 529 - Bond and Income Portfolio (CUST) | A | Int./Div. | M | T | | | | | |
| 100. 529 - Vanguard Total International Stock Index Portfolio (CUST) | A | Int./Div. | J | T | | | | | |
| 101. 529 - Vanguard Total Stock Market Index Portfolio (CUST) | A | Int./Div. | K | T | | | | | |
| 102. -TRP Blue Chip Growth (TRBCX) (GST) | B | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -TRP Int Bond (RPIBX) (GST) | A | Int./Div. | K | T | | | | | |
| 104.  -TRP Int Stock (PRITX) (GST) | A | Int./Div. | K | T | | | | | |
| 105.  -TRP Equity Income (PRFDX) (GST) | D | Int./Div. | M | T | | | | | |
| 106.  -TRP Global Stock (PRGSX) (GST) | A | Int./Div. | M | T | | | | | |
| 107.  -TRP Growth Stock (PRGFX) (GST) | C | Int./Div. | M | T | | | | | |
| 108.  -TRP New Era (PRNEX) (GST) | A | Int./Div. | K | T | | | | | |
| 109.  -TRP Government Money (PRRXX) (GST) (formerly TRP Prime Reserve) | A | Int./Div. | M | T | | | | | |
| 110.  -TRP Spectrum Growth (PRSGX) (GST) | D | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- Fidelity 500 Index Fund Premium (FUSVX), reported on line 13 of this report, changed names from Fidelity Spartan 500 Index Advantage (FUSVX), reported on line 31 of 2015 report.

- Fidelity Extended Market Index Fund Premium (FSEVX), reported on line 15 of this report, changed names from Fidelity Spartan Extended Market Index Adv (FSEVX), reported on line 35 of 2015 report.

- Holdings of Fidelity Municipal Money Market (FTEXX), reported on line 21 of this report, were transferred into Fidelity Treasury Fund (FZFXX), reported on line 22 of this report, on 2/11/16.

- TRP Government Money (PRRXX), reported on line 109 of this report, changed names from TRP Prime Reserve, reported on line 134 of 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John F. Motz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544